**GOLDBERG & OSBORNE LLP**
**698 East Wetmore Road**
**Suite 200**
**Tucson, Arizona 85705**
**(520) 620-3975**

**W. Daniel Shelton**
**PCC #52436**
**State Bar #007640**
**Email: dshelton@goldbergandosborne.com**

**Attorney for Plaintiffs**

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GEORGIA TSOSIE, individually; and as the parent and natural guardian of N.C., a minor,<br><br>Plaintiffs<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.:<br><br>**COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT**<br><br>Assigned to:<br><br>Hon. |

Plaintiffs, Georgia Tsosie and N.C., through undersigned counsel, for their Complaint against the defendant United States of America, state as follows:

**INTRODUCTION**

1. This claim arises under the Federal Tort Claims Act (28 U.S.C. § 2671, et seq.) and 28 U.S.C. § 1346(b)(1), for professional negligence in connection with medical care provided to

N.C. at the Chinle Comprehensive Health Care Facility (aka Chinle Indian Health Service Hospital) in Chinle, Arizona, on April 14, 2015.

2. The claims herein are brought against the defendant United States of America pursuant to the Federal Tort Claims Act (28 U.S.C. § 2671, et seq.) and 28 U.S.C. § 1346(b)(1), for money damages as compensation for personal injury caused to the plaintiffs by Defendant's negligence.

3. Plaintiff Georgia Tsosie has complied with the provisions of 28 U.S.C. § 2675 of the Federal Tort Claims Act. On April 10, 2017, a Claim for Damage, Injury or Death (Standard Form 95) on behalf of Georgia Tsosie was sent by Federal Express to the appropriate federal agency, the Indian Health Service. Said claim was received on April 11, 2017, and has not been denied by the Indian Health Service, therefore, constituting a denial at the option of the plaintiff.

4. Plaintiff N.C. has complied with the provisions of 28 U.S.C. § 2675 of the Federal Tort Claims Act. On April 10, 2017, a Claim for Damage, Injury or Death (Standard Form 95) on behalf of N.C. was sent by Federal Express to the appropriate federal agency, the Indian Health Service. Said claim was received on April 11, 2017, and has not been denied by the Indian Health Service, therefore, constituting a denial at the option of the plaintiff.

## PARTIES, JURISDICTION AND VENUE

5. The negligence alleged on the part of the physicians, nurses or other health care providers working at the Chinle Comprehensive Health Care Facility occurred in the State of Arizona.

6. Plaintiff Georgia Tsosie is a resident of Maricopa County, Arizona.

7. Plaintiff N.C. is a resident of Maricopa County, Arizona.

8. At all times relevant to this Complaint, the physicians, nurses or other health care providers providing medical care to plaintiff N.C. at the Chinle Comprehensive Health Care Facility on April 14, 2015, were agents or employees of defendant United States of America and were acting within the course and scope of their agency or employment relationship so that defendant United States of America is responsible for the negligent acts of its agents or employees under respondeat superior.

## FACTUAL ALLEGATIONS

9. Georgia Tsosie is the mother and natural guardian of N.C., who was born on March 3, 2015, in Chinle, Arizona.

10. Both Georgia Tsosie and her son, N.C., are members of the Navajo Tribe.

11. N.C. was a healthy, normal baby boy until the events that transpired in the emergency department at the Chinle Comprehensive Health Care Facility on the evening of April 14, 2015.

12. On the evening of April 14, 2015, Georgia Tsosie took N.C. to the emergency department of the Chinle Comprehensive Health Care Facility around 6:00 p.m., because he was running fever and was acting fussy. At around 9:00 p.m. while still receiving treatment in the emergency department, N.C. started experiencing respiratory distress and stopped breathing shortly thereafter. However, a definitive airway was not established until approximately 9:30 p.m., by which time N.C. had already suffered irreparable hypoxic brain injury as a result of the period of time he was allowed to go without receiving adequate oxygenation to his brain.

## CAUSES OF ACTION

### COUNT ONE - CLAIM ON BEHALF OF N.C.

13.     In relation to the health care provided to N.C. in the emergency department of the Chinle Comprehensive Health Care Facility on the evening of April 14, 2015, one or more of the physicians, nurses or other health care providers involved in his care failed to exercise that degree of care, skill and learning expected of reasonably prudent health care providers in the profession or class which they belong within the State of Arizona acting the same or similar circumstances.

14.     As a direct and proximate result of the aforementioned negligence on the part of one or more physicians, nurses or other health care providers involved in the care of N.C. in the emergency department at the Chinle Comprehensive Health Care Facility on the evening of April 14, 2015, N.C., a minor, has sustained the following elements of damages: pain, discomfort, suffering, disability and anxiety already experienced and reasonably probable to be experienced in the future; reasonable expenses of necessary medical care, treatment and services rendered and reasonably probable to be incurred in the future; decrease in earning power or capacity in the future; and loss of enjoyment of life.

### PRAYER FOR RELIEF

WHEREFORE, N.C., a minor, is entitled to judgment in his favor against defendant United States of America for the following relief:

1.     Money damages sufficient to fully and fairly compensate him for his injuries and damages;

2.     Legal Costs; and,

3. Such other and further relief as the Court may deem just and equitable.

## COUNT TWO - CLAIM ON BEHALF OF GEORGIA TSOSIE

15. Plaintiff Georgia Tsosie realleges and incorporates each and every allegation set forth above in Count One and further alleges as follows:

16. As a direct and proximate result of the aforementioned negligence on the part of one or more physicians, nurses or other health care providers involved in the care of N.C. in the emergency department at the Chinle Comprehensive Health Care Facility on the evening of April 14, 2015, Georgia Tsosie has sustained the following elements of damages: loss of the love, care, affection, companionship and other pleasures of the parent-child relationship.

## PRAYER FOR RELIEF

WHEREFORE, Georgia Tsosie is entitled to judgment in her favor against defendant United States of America for the following relief:

1. Money damages sufficient to fully and fairly compensate her for her injuries and damages;

2. Legal Costs; and,

3. Such other and further relief as the Court may deem just and equitable.


DATED this 15th day of February, 2018.

GOLDBERG & OSBORNE LLP


  /s/W. Daniel Shelton
W. Daniel Shelton
Attorney for Plaintiffs

5